GARESCHÉ, Appellant, v. EMERSON, Respondent.

1. Where a judgment is entered against the defendant, and afterwards the court on motion arrested the judgment, but no final judgment was entered after the motion in arrest was sustained, the case is still pending in the court below, and an appeal, being prematurely taken, will be dismissed.

*Appeal from St. Louis Law Commissioner's Court.*

*Cline & Jamison*, for appellant.

*M. L. Gray*, for respondent.

SCOTT, Judge, delivered the opinion of the court.

This was a suit on a note. There was a judgment against the defendants. Afterwards the court on motion arrested the judgment, but no final judgment was entered after the motion in arrest was sustained. The case then is still pending in the court below, and this appeal was prematurely taken.

The other judges concurring, the appeal is dismissed.